GIDEON LEE STOUT, surviving executor, &c., respondent,

*v.*

MARGARET S. COOK et al., appellants.

[Submitted December 5th, 1910. Decided November 21st, 1911.]

On appeal of Audrey Osborn, adopted daughter of Jacob Stout, deceased, from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in 77 *N. J. Eq.* (7 *Buch.*) *153.*

9 *Buch.*    Allman *v.* United Brotherhood Carpenters and Joiners.

*Mr. Mark A. Sullivan* and *Mr. Robert H. Griffin* (of the New York bar), for the appellants.

*Mr. Halsey M. Barrett, Mr. William J. Magie, Mr. John R. Hardin* and *Mr. Joseph D. Lee* (of the New York bar), for the respondent.

PER CURIAM.

For the reasons set forth in the opinion of this court in deciding the appeal of certain others of the parties to this cause, so much of the decree as is appealed from by Audrey Osborn will be affirmed.

*For reversal*—None.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, BOGERT, VREDENBURGH, VROOM —9.